DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALVIN D. CLAYTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-547

_____

September 17, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County; Donald G. Jacobsen, Judge.

Alvin D. Clayton, pro se.

PER CURIAM.

     Affirmed.

CASANUEVA, KHOUZAM, and ATKINSON, JJ., Concur.